UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

BETUEL CASTRO CAMACHO,

Petitioner,

v.

WARDEN,

Respondent.

CAUSE NO. 3:26cv709 DRL-SJF

ORDER

The court conditionally granted the petition for a writ of habeas corpus and ordered the Warden to release Betuel Castro Camacho from custody by August 28, 2026, unless his parole was properly revoked by an individual authorized under 8 C.F.R. § 236.1(c)(9) and proof of that revocation was filed in this lawsuit. The Warden has notified the court that Mr. Castro Camacho was released from custody on August 12, 2026. Therefore, the court DIRECTS the clerk to enter judgment consistent with the court's order and to close this case.

SO ORDERED.

October 2, 2026

*s/ Damon R. Leichty*
Judge, United States District Court